ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2009 DEC 11 AM 9: 39

DEPUTY CLERK ___RR___

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMERICAN HOME MORTGAGE SERVICING, INC., on its own behalf and as Servicer for American Home Mortgage Investment Trust 2005-4A, American Home Mortgage Investment Trust 2006-1, American Home Mortgage Investment Trust 2006-3, American Home Mortgage Investment Trust 2007-1, American Home Mortgage Asset Trust 2006-1, American Home Mortgage Asset Trust 2006-3, American Home Mortgage Asset Trust 2006-4, American Home Mortgage Asset Trust 2006-5, and American Home Mortgage Asset Trust 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>3-09CV2363-M |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff American Home Mortgage Servicing, Inc., through counsel, hereby files this Certificate of Interested Persons and states that the following entities are financially interested in the outcome of this case:

AMERICAN HOME MORTGAGE SERVICING, INC. ("AHMSI")          PLAINTIFF

AHMSI is a majority owned subsidiary of entities affiliated with WL Ross & Co. LLC, which in turn is a wholly owned subsidiary of Invesco Private Capital, Inc., a wholly owned subsidiary of Invesco PLC, which is a publicly owned corporation whose stock trades under the symbol IVZ on the New York Stock Exchange.

Respectfully submitted,

                        AMERICAN HOME MORTGAGE SERVICING, INC.

December 11, 2009      By   */s/ Troy W. Garris*

Troy W. Garris (Tex. Bar # 24007226)
WEINER BRODSKY SIDMAN KIDER PC

2904 Corporate Circle, Suite 128
Flower Mound, TX 75028
Tel. (469) 635-7539
Fax (972) 410-0209
*garris@wbsk.com*

Mitchel H. Kider, *pro hac vice forthcoming* (DC Bar #358531)
David M. Souders, *pro hac vice forthcoming* (DC Bar #441491)
Michael Y. Kieval, *pro hac vice forthcoming* (DC Bar #974274)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, N.W., Floor 5
Washington, DC 20036
Tel. (202) 628-2000
Fax (202) 628-2011
*kider@wbsk.com*
*souders@wbsk.com*
*kieval@wbsk.com*

Mitchel H. Kider, *pro hac vice forthcoming* (DC Bar #358531)
David M. Souders, *pro hac vice forthcoming* (DC Bar #441491)
Michael Y. Kieval, *pro hac vice forthcoming* (DC Bar #974274)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, N.W., Floor 5
Washington, DC 20036
Tel. (202) 628-2000
Fax (202) 628-2011
*kider@wbsk.com*
*souders@wbsk.com*
*kieval@wbsk.com*